**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**TADESE SHIFERAW #A028-205-485**            **CASE NO.  6:20-CV-01279 SEC P**

**VERSUS**                                  **JUDGE JUNEAU**

**PULASKI COUNTY DETENTION CENTER**          **MAGISTRATE JUDGE HANNA**
**ET AL**

### MEMORANDUM ORDER

The application to proceed *in forma pauperis* having been considered, it is the opinion of

the Court that petitioner does not have sufficient funds to pay a filing fee.  Accordingly,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

THUS DONE in Chambers on this ___6th___ day of _____October_____, 2020.

_____
Patrick J. Hanna
United States Magistrate Judge