UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

TADESE SHIFERAW                                   CASE NO. 6:20-CV-1279 SEC P

VERSUS                                            JUDGE MICHAEL J. JUNEAU

PULASKI COUNTY
DETENTION CENTER, ET AL                           MAGISTRATE JUDGE HANNA


## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against the Pine Prairie ICE Processing Center be **DISMISSED,** as not stating a claim upon which relief may be granted.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of November, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE